UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRI BALLHORN, | Case No. 2:15-cv-00686-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| TOWNSEND FARMS, INC., et al., | |
| Defendants. | |

This matter is before the court on a review of the docket, and a proposed Discovery Plan and Scheduling Order (Dkt. #15) submitted by Defendants which requests special scheduling review.

The complaint in this case was filed in state court and removed (Dkt. #1) April 15, 2015. On the same day, the clerk of court notified Plaintiff's counsel, Sandra Rebolledo, that as she was admitted before the United States District Court, she must comply with LR IA 10-1. *See* Notice (Dkt. #4). Ms. Rebolledo was referred to the court's website for the Admission to Practice form. To date, she has not complied.

Defendants Proposed Discovery Plan and Scheduling Order was filed unilaterally because Plaintiff's counsel is not admitted to the bar for the United States District Court of Nevada, and has not responded to the court's April 15, 2015 notice to become admitted. Additionally, defense counsel represents Plaintiff's counsel has informed Defendants' counsel that she has no intention of becoming admitted, and that if the case remains in federal court, she will be "passing this matter off to other counsel." Defendants also filed a unilateral Status Report Regarding Removal (Dkt. #10) which should have been filed as a joint status report pursuant to Judge Du's order because of these circumstances.

To date, Plaintiff's counsel has not complied with the court's notice of attorney action required, or obtained substitute counsel for the client. No motion to remand this case has been filed. Therefore, the case will remain in federal court. Although the court appreciates that this is not Plaintiff's choice of forum, the case has been removed and will not be further delayed while Ms. Robelledo fails to take action to secure alternate representation for her client. As Plaintiff's counsel has apparently expressed that she will not remain as counsel of record if this case remains pending in federal court,

**IT IS ORDERED** that:

1. Plaintiff shall have until **August 20, 2015,** in which to associate or retain substitute counsel admitted to practice in this district who shall make an appearance in accordance with the Local Rules of Practice.

2. Defendants' Proposed Discovery Plan and Scheduling Order (Dkt. #15) is **DENIED** at this time. The court will require counsel for the parties to meet and confer within fourteen days of Plaintiff retaining substitute counsel admitted to practice before this court to conduct a Rule 26(f) conference and submit a joint discovery plan and scheduling order.

3. Failure to timely comply with this order may result in sanctions up to and including a recommendation to the district judge the Plaintiff's case be dismissed for failure to comply with the court's orders and failure to prosecute.

4. If Plaintiff does not retain substitute counsel on or before August 20, 2015, the court will deem her to be appearing pro se, *i.e*, representing herself. The court will also refer this matter to the State Bar of Nevada for possible disciplinary action against Ms. Rebolledo for abandoning the client without taking appropriate action to protect the client's interests in this court.

DATED this 20th day of July, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2